UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIMBERLY ESPARZA** | **CIVIL ACTION** |
| **VERSUS** | **No. 17-4803** |
| **UNIVERSITY MEDICAL CENTER MANAGEMENT CORPORATION ET AL.** | **SECTION I** |

# ORDER

Plaintiff Kimberly Esparza filed a first amended complaint[1] in the above-captioned matter pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.

Therefore,

**IT IS ORDERED** that the motion[2] to dismiss filed by the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College; the motion[3] to dismiss and stay filed by Louisiana Children's Medical Center; and the motion[4] to dismiss and stay filed by the University Medical Center Management Corporation are **DISMISSED** as moot. *See King v. Dogan*, 31 F.3d 244 (5th Cir. 1994) ("An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading."); *Jefferson Community Health Care Ctrs., Inc. v. Jefferson Parish Gov't*, No. 16-12910, 2016 WL 4429953, at *2 (E.D. La. Aug. 22, 2016)

---

[1] R. Doc. No. 17.
[2] R. Doc. No. 14.
[3] R. Doc. No. 15.
[4] R. Doc. No. 16.

(Brown, J.) ("[M]any district courts—including this Court—routinely deny as moot motions to dismiss that are filed prior to an amendment of a complaint."); *see also id.* at \*2 n.14 (citing cases).

**IT IS FURTHER ORDERED** that any motions responding to the first amended complaint be filed by **July 12, 2017**.

New Orleans, Louisiana, July 5, 2017.

_____
LANCE M. AFRICK
**UNITED STATES DISTRICT JUDGE**