UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

KIMBERLY ESPARZA,

    Plaintiff,

v.

UNIVERSITY MEDICAL CENTER
MANGEMENT CORPORATION, LOUISIANA
CHILDREN'S MEDICAL CENTER, and
BOARD OF SUPERVISORS OF LOUISIANA
STATE UNIVERSITY AND AGRICULTURAL
AND MECHANICAL COLLEGE,

    Defendants.

---

CASE No. 17-4803 "I" (2)

JUDGE LANCE M. AFRICK

MAG. JUDGE JOSEPH C. WILKINSON, JR.

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Kimberly Esparza, who, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for an Order dismissing the above-captioned case, <u>with prejudice</u>, for the reasons more fully stated in the Memorandum in Support submitted concurrently with this Motion. Given the Offer of Judgment made by University Medical Center Management previously entered in this matter, and after consideration of the risks and benefits of further litigation, Ms. Esparza seeks to voluntarily dismiss her claims against the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), which requires a Court Order.

WHEREFORE, Plaintiff Kimberly Esparza respectfully requests that this Court grant this Motion, dismiss the Board of Supervisors of Louisiana State University and Agricultural and

1

Mechanical College with prejudice, and deny the pending motion for summary judgment by the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College with prejudice as moot.

                          Respectfully Submitted,

                          **BIZER & DEREUS**
                          Attorneys for Plaintiff
                          Andrew D. Bizer (LA # 30396)
                          andrew@bizerlaw.com
                          Garret S. DeReus (LA # 35105)
                          gdereus@bizerlaw.com
                          Marc P. Florman (LA # 35128)
                          mflorman@bizerlaw.com
                          3319 St. Claude Ave.
                          New Orleans, LA 70117
                          T: 504-619-9999; F: 504-948-9996

By: /s/ Garret S. DeReus
      Garret S. DeReus

Dated: January 2, 2018

## CERTIFICATE OF SERVICE

I, Garret S. DeReus, hereby certify that on January 2, 2018, I served a copy of the foregoing motion via ECF to all counsel of record.

                          By: /s/ Garret S. DeReus
                                Garret S. DeReus