UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIMBERLY ESPARZA** | **CIVIL ACTION** |
| **VERSUS** | **No. 17-4803** |
| **UNIVERSITY MEDICAL CENTER MANAGEMENT CORPORATION ET AL.** | **SECTION I** |

## ORDER

Before the Court are two motions. The first is a motion[1] filed by the Board of Supervisors of Louisiana State University and Agriculture and Mechanical College ("LSU Board") for summary judgment on all claims asserted by Kimberly Esparza ("Esparza") against it. The second is a motion[2] filed by Esparza asking the Court to dismiss all of her claims against the LSU Board with prejudice. Accordingly,

**IT IS ORDERED** that Esparza's motion is **GRANTED** and that all claims asserted by Esparza against the LSU Board in the above-captioned matter are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the LSU Board's motion is **DISMISSED AS MOOT.**

New Orleans, Louisiana, January 5, 2018.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 67.
[2] R. Doc. No. 68.